UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DWIGHT PERRY,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SGT. JOHNSON,** )<br>)<br>**Defendant.** )<br>) | Civil Action Number<br>**2:15-cv-01254-AKK-JHE** |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 1, 2018, recommending that the defendant's special reports be treated as motions for summary judgment, and further recommending that the motions be granted. Doc. 34. Although the parties were advised of their right to file specific objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED,** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motions for summary judgment are **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** the 27th day of February, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE